Gustavo XAVIER, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee

No. 14 MAP 2017

Supreme Court of Pennsylvania.

Decided: October 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of October, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED**.

LEVEL 3 COMMUNICATIONS, LLC, Appellee

v.

COMMONWEALTH of Pennsylvania, Appellant

No. 2 MAP 2017

Supreme Court of Pennsylvania.

Decided: October 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of October, 2017, the order of the Commonwealth Court is **AFFIRMED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Raymond V. WILLIAMS, Petitioner

No. 243 EAL 2017

Supreme Court of Pennsylvania.

October 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.